IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 1:25-mj-00049-CRI-1 |
| | ) | |
| v. | ) | NOTICE OF REQUEST FOR |
| | ) | PROTECTION FROM COURT |
| EVELYN SMITH-ASBERY | ) | APPEARANCE |
| | ) | |

Undersigned Counsel for Defendant respectfully requests protection from court appearances for September 1, 2025, through September 8, 2025. Currently, there are no court dates set for the Defendant on the specific dates.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
Attorney for the Defendant

 *s/ Erica Soderdahl*
Erica Soderdahl (Fed. Bar # 12606)
Assistant Federal Public Defender
75 Beattie Place, Suite 950
Greenville, South Carolina 29601
(864) 235-8714
erica_soderdahl@fd.org

August 20, 2025

Greenville, South Carolina